1

2

3

4

5

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com

6

*Attorneys for Plaintiff*

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

16

17

| | |
|---|---|
| DEVON WALLMAN, on behalf of herself and all others similarly situated,<br><br>                            Plaintiff,<br><br>       v.<br><br>SHEIN DISTRIBUTION CORPORATION,<br><br>                            Defendant. | Case No.  2:23-cv-08025-DSF-RAO<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF VOLUNTARY DISMISSAL
CASE NO.  2:23-CV-08025-DSF-RAO

1      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Devon

2   Wallman hereby voluntarily dismisses this action with prejudice.

3

4   Dated: December 19, 2023             Respectfully submitted,

5
                                        **BURSOR & FISHER, P.A.**
6
                                        By:    */s/ L. Timothy Fisher*
7
                                        L. Timothy Fisher (SBN 191626)
8                                       1990 North California Blvd., Suite 940
                                        Walnut Creek, CA 94596
9                                       Telephone: (925) 300-4455
                                        Facsimile:  (925) 407-2700
10                                      E-Mail: ltfisher@bursor.com
11
                                        *Attorneys for Plaintiff*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF VOLUNTARY DISMISSAL                                                    1
CASE NO.  2:23-CV-08025-DSF-RAO